```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MICHAEL CORDERO ROMERO,                                        :
:
                 Plaintiff,    :    1:25-cv-2857-GHW
:
      -v-                                                      :    ORDER
:
GOLDMAN SACHS BANK USA,                                        :
:
                Defendant.     :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated April 10, 2025, Plaintiff requested that he be allowed to appear at the hearing scheduled for April 25, 2025 remotely. Dkt. No. 17. Plaintiff's application is granted. Plaintiff may appear at the April 25, 2025 conference via telephone. Plaintiff is directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website at https://www.nysd.uscourts.gov/hon-gregory-h-woods. Specifically, Individual Rule 2(C) contains the dial-in number and other relevant instructions for the conducting the conference via telephone. Plaintiff should call into the Court's dedicated conference line at **(855) 244-8681**, and enter Access Code **2318-572-4826**, followed by the pound (#) key.

      Plaintiff is advised that going forward, litigation of this case, including the presentation of evidence to support his claim, will happen in New York City, as this is the court to which Plaintiff chose to bring his case.

      SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                                               GREGORY H. WOODS
                                                          United States District Judge