```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MICHAEL CORDERO ROMERO,                                        :
                                                               :
                            Plaintiff,                         :     1:25-cv-2857-GHW
                                                               :
              -v-                                              :     ORDER
                                                               :
GOLDMAN SACHS BANK USA,                                        :
                                                               :
                            Defendant.                         :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 10, 2025, the Court ordered Defendant to show cause in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse on April 25, 2025. Dkt. No. 12. On April 15, 2025, the Court granted Plaintiff's request to appear at the April 25, 2025 hearing by telephone. Dkt. No. 18. Because Plaintiff will be appearing remotely at the April 25, 2025 hearing, the Court will hold the April 25, 2025 hearing by telephone. All parties are directed to appear at the hearing by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Specifically, Rule 2(C) contains the dial-in information and the relevant instructions for the conference. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: April 22, 2025
       New York, New York

                                                        _____
                                                             GREGORY H. WOODS
                                                           United States District Judge