```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                         :
MICHAEL CORDERO ROMERO,        :
                         :
                   Plaintiff,   :
                         :           1:25-cv-2857-GHW
                         :
              -v-                :                  ORDER
                         :
GOLDMAN SACHS BANK USA,          :
                         :
                   Defendant.   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        It is hereby ORDERED that the proceeding scheduled to take place on April 25, 2025 at 2:00 p.m. will take place on the Microsoft Teams videoconference platform. To access the conference, paste the following link into your browser:

        https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTI2YmVlMDgtYWY3ZS00Nzg5LWI3ZTgtYTE3MzBmNDM0MzQ5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2279c81400-3587-4ee7-8008-ba97ebee86ba%22%7d.

The meeting ID and passcode for the conference are below:

         Meeting ID:    251 274 202 975 7
         Passcode:      dX3z9uB2

To use this link or login information, you may need to download software to use the platform's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference—including their ability to access the link above.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Microsoft Teams application is highly recommended.[2] When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, see the Court's Individual Rules of Practice in Civil Cases, specifically Rule 2(C).

Members of the press, public, or counsel may access the conference's audio using the following credentials:

>   Call-in number:    646-453-4442
>   Conference ID:     949 112 458#

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Microsoft Teams videoconference platform. While the proceeding is accessible to the public through the Microsoft Teams videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

SO ORDERED.

Dated: April 25, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited January 27, 2021), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.