```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                            :
MICHAEL CORDERO ROMERO,                     :
                                            :
                           Plaintiff,       :        1:25-cv-2857-GHW
                                            :
            -v-                             :        ORDER
                                            :
GOLDMAN SACHS BANK USA,                     :
                                            :
                           Defendant.       :
                                            :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on the record on April 25, 2025, Plaintiff's application for preliminary injunctive relief pursuant to Fed. R. Civ. P. 65 is denied. Additionally, as discussed on the record during the April 25, 2025 conference, Plaintiff's application for supplemental discovery in aid of his application for injunctive relief is denied.

As discussed during the April 25, 2025 conference, Plaintiff's opposition to Defendant's pending motion to compel arbitration is due on or before May 9, 2025. Defendant's reply, if any, is due no later than one week following the date of service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 6, 15, 28.

SO ORDERED.

Dated: April 25, 2025
       New York, New York                            _____
                                                            GREGORY H. WOODS
                                                         United States District Judge