```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                :
MICHAEL CORDERO ROMERO,            :
                                                                :
                        Plaintiff,                     :                1:25-cv-2857-GHW
                                                                 :
                     -v-                                :                   <u>ORDER</u>
                                                                :
GOLDMAN SACHS BANK USA,             :
                                                                 :
                    Defendant.                :
                                                                  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On April 28, 2025, Plaintiff filed a putative motion for reconsideration of the Court's decision to deny expedited discovery. Dkt. No. 35. Defendant may file opposition to Plaintiff's motion no later than May 7, 2025. Plaintiff may file a reply brief no later than one week following the date of service of Defendant's opposition. The parties are directed to Local Civil Rule 6.3, governing motions for reconsideration. The deadline for Plaintiff to file opposition to Defendant's motion to compel arbitration, Dkt. No. 24, is extended to June 6, 2025. The deadline for Defendant to file a reply to Plaintiff's opposition to the motion to compel arbitration remains one week following the date of service of Plaintiff's opposition.

       SO ORDERED.

Dated: May 1, 2025
       New York, New York
                                                                      _____
                                                                            GREGORY H. WOODS
                                                                     United States District Judge