```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
MICHAEL CORDERO ROMERO,                                          :
                                                                 :
                              Plaintiff,                         :    1:25-cv-2857-GHW
                                                                 :
              -v-                                                :    ORDER
                                                                 :
GOLDMAN SACHS BANK USA,                                          :
                                                                 :
                              Defendant.                         :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 30, 2025, Plaintiff filed a motion for reconsideration of the Court's decision to deny preliminary injunctive relief. Dkt. No. 38. Defendant may file opposition to Plaintiff's motion no later than May 15, 2025. Plaintiff may file a reply brief no later than one week following the date of service of Defendant's opposition. The parties are directed to Local Civil Rule 6.3, governing motions for reconsideration. This order does not modify or affect any other deadlines in this case.

SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge