```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                      :
MICHAEL CORDERO ROMERO,                :
                                                                      :
                                      Plaintiff,       :            1:25-cv-2857-GHW
                                                                      :
                  -v-                               :            <u>ORDER</u>
                                                                      :
GOLDMAN SACHS BANK USA,                  :
                                                                      :
                                    Defendant.    :
                                                                      :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 27, 2025, Plaintiff filed a motion to compel limited production of discovery related to the pending motion to compel arbitration, Dkt. No. 73, and filed a letter motion for an extension of the deadline to file his sur-reply to the motion to compel arbitration, Dkt. No. 74. The Court grants Plaintiff's application for an extension of the deadline to file a sur-reply. Plaintiff's sur-reply is due no later than July 19, 2025. Any opposition to Plaintiff's motion to compel limited production of documents is due no later than July 7, 2025. Any reply is due no later than July 10, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 74.

      SO ORDERED.

Dated: July 1, 2025
       New York, New York

                                                                   _____
                                                                     GREGORY H. WOODS
                                                                 United States District Judge