```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
MICHAEL CORDERO ROMERO,           :
                                                   :
                                    Plaintiff,   :              1:25-cv-2857-GHW
                                                   :
                      -v-                            :              <u>ORDER</u>
                                                   :
GOLDMAN SACHS BANK USA,            :
                                                   :
                                  Defendant.  :
                                                   :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      On July 18, 2025, Defendant filed a letter motion for a protective order and a proposed protective order. Dkt. Nos. 82, 83. Plaintiff filed opposition to Defendant's letter motion that same day. Dkt. No. 86. Defendant's application is granted. The Court will issue the proposed protective order, which will be filed on the docket shortly. The Court finds that there is good cause to protect the categories of materials outlined in the proposed protective order (e.g., previously non-disclosed financial information, previously non-disclosed material relating to ownership or control of any non-public company, etc.). Defendant may only mark disclosed documents "Confidential," and thus subject to the protective order, if they fall within those categories. The Court has not made a finding that any of the information that it ordered Defendant to produce is within the scope of the protective order.

      Plaintiff's objections to the requested protective order appear to be based on the misapprehension that all documents produced by Defendant will be protected. The Court does not assume that Defendant will mark documents as "Confidential" that do not fit within a protected category. If Defendant marks a document as "Confidential" that is not entitled to protection, Plaintiff may request that the document be redesignated. The Court encourages Plaintiff to review the terms of the protective order to gain a thorough understanding of how it does (and does not)

constrain the parties' use of materials produced in discovery.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 82.

SO ORDERED.

Dated: July 22, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge