UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

                                                    :
MICHAEL CORDERO ROMERO,                             :
                                                    :
                          Plaintiff,                :           1:25-cv-2857-GHW
                                                    :
             -v-                                    :           ORDER
                                                    :
GOLDMAN SACHS BANK USA,                             :
                                                    :
                          Defendant.                :
                                                    :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 5, 2025, Plaintiff refiled the same motion for the appointment of a special

master that he filed on August 4, 2025. *See* Dkt. Nos. 101, 104. The Court denied Plaintiff's earlier

filed motion on August 5, 2025. Dkt. No. 103. For the same reasons articulated in the Court's

August 5, 2025 order at Dkt. No. 103, Plaintiff's refiled motion for the appointment of a special

master is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this

order would not be taken in good faith, and therefore IFP status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to

terminate the motion pending at Dkt. No. 104.

SO ORDERED.

Dated: August 5, 2025
       New York, New York
                                                    _____
                                                            GREGORY H. WOODS
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025