```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                            :
MICHAEL CORDERO ROMERO,            :
                                            :
                         Plaintiff,      :           1:25-cv-2857-GHW
                                            :
                    -v-                   :                    <u>ORDER</u>
                                            :
GOLDMAN SACHS BANK USA,              :
                                            :
                         Defendant.    :
                                            :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       On August 5, 2025, Plaintiff filed a motion for sanctions pursuant to Fed. R. Civ. P. 37(b) related to a dispute regarding Defendant's expedited discovery production. Dkt. No. 108. The Court will hold a conference to discuss the discovery dispute and Plaintiff's motion on August 12, 2025 at 4:00 p.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All parties are ordered to appear.

       SO ORDERED.

Dated: August 6, 2025
        New York, New York
                                                    _____
                                                          GREGORY H. WOODS
                                                       United States District Judge