```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                           :
MICHAEL CORDERO ROMERO,           :

                                Plaintiff,   :        1:25-cv-2857-GHW

            -v-                         :        <u>ORDER</u>

GOLDMAN SACHS BANK USA,       :

                              Defendant.  :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On August 7, 2025, Plaintiff emailed the Court and counsel for Defendant requesting leave to appear remotely at the conference scheduled for August 12, 2025. *See* Dkt. No. 112. Plaintiff's application is granted. The Court will conduct the August 12, 2025 conference by telephone. All parties are directed to appear at the August 12, 2025 conference by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Specifically, Rule 2(C) contains the dial-in information and other relevant instructions for the conference.

       SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                                                      _____
                                                                       GREGORY H. WOODS
                                                              United States District Judge